In the Matter of JOHN L. ARMSTRONG, as Executor of JOHN ARMSTRONG, Deceased, Appellant; PAUL WINDELS, as Corporation Counsel of the City of New York, Respondent.

(Argued March 3, 1936; decided March 17, 1936.)

*Frederick W. Hottenroth* for appellant.

*Paul Windels, Corporation Counsel (Joseph F. Mulqueen, Jr., Paxton Blair* and *Reuben Levy* of counsel), for respondent.

Order affirmed without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.